[No. 13190-1-II. Division Two. September 24, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. JACKSON
J. JONES, JR., *Appellant.*

Appeal from a judgment of the Superior Court for Clark
County, No. 88-1-01255-5, John N. Skimas, J., entered
September 19, 1989. *Affirmed* by unpublished opinion per
Alexander, C.J., concurred in by Petrich and Worswick, JJ.

[No. 12903-5-II. Division Two. September 24, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. MICHAEL
CHRIS WINTERS, *Appellant.*

Appeal from a judgment of the Superior Court for Clark
County, No. 89-1-00294-9, John N. Skimas, J., entered
May 11, 1989. *Reversed* by unpublished per curiam opinion.

[No. 12901-9-II. Division Two. September 24, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. RONALD
JAMES CAVAGNA, *Appellant.*

Appeal from a judgment of the Superior Court for Clark
County, No. 89-1-00012-1, Robert L. Harris, J., entered
May 10, 1989. *Affirmed* by unpublished opinion per Petrie,
J. Pro Tem., concurred in by Alexander, C.J., and Petrich,
J.

[No. 12983-3-II. Division Two. September 24, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. SUZANNE
COUCH, *Appellant.*

Appeal from a judgment of the Superior Court for Kitsap
County, No. 89-1-00058-8, James I. Maddock, J., entered
June 23, 1989. *Affirmed* by unpublished opinion per Petrie,
J. Pro Tem., concurred in by Alexander, C.J., and Wors-
wick, J.